UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAMSINCLAIR RICHEY,<br><br>              Plaintiff,<br><br>   v.<br><br>BERNARD WARNER, STEVEN SINCLAIR, LISA OLIVER-ESTES, SCOTT FRAKES,<br><br>              Defendants. | CASE NO. C14-5159 BHS-JRC<br><br>ORDER |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

Defendants have filed a motion to dismiss (Dkt. 13). Plaintiff filed a proposed amended complaint (Dkt. 21). Plaintiff's proposed amended complaint is a single page in which plaintiff attempts to add two additional plaintiffs to his action (Dkt. 21). The proposed document does not contain a separate complaint as required by Local Rule 15 which states:

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended

ORDER - 1

pleading as an exhibit to the motion or stipulation. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If a motion or stipulation for leave to amend is granted, the party whose pleading was amended must file and serve the amended pleading on all parties within fourteen (14) days of the filing of the order granting leave to amend, unless the court orders otherwise.

Plaintiff's proposed complaint cannot incorporate by reference any part of his prior filings. The proposed complaint is incomplete and must stand on its own. Further, plaintiff is not an attorney and cannot represent other inmates. Although a plaintiff may appear pro se on his own behalf, he has no authority to appear as an attorney for others. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).

Plaintiff's motion to amend the complaint DENIED.

Dated this 17th day of June, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2