UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAMSINCLAIR RICHEY,

    Plaintiff,

v.

BERNARD WARNER, et al.,

    Defendants.

CASE NO. C14-5159 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 31. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment is **GRANTED**; and

(3)     The Clerk shall enter judgment for Defendants and close this case.

Dated this 13th day November, 2014.

                                                                           BENJAMIN H. SETTLE
                                                                     United States District Judge

ORDER